AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
(E-mail: Amy_Karlin@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1462
Facsimile: (213) 894-0081

Attorneys for Defendant
WILLIAM SADLEIR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM SADLEIR,<br><br>  Defendant. | Case No. 20-MJ-2326<br><br>**STIPULATION TO MODIFY CONDITIONS OF BOND** |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Alexander C.K. Wyman, and Defendant William Sadleir, by and through his attorney of record, Deputy Federal Public Defender Adam Olin, that:

  1.  On May 22, 2020, Mr. Sadleir made his initial appearance in this matter. Dkt. 7. At that time, the Honorable Alexander F. MacKinnon, United States Magistrate Judge, set bond on conditions including, relevantly, that Mr. Sadleir be released upon a $100,000 bond secured by an affidavit of surety without justification signed by Mr.

1

1. Sadleir's wife, to be replaced by June 21, 2020, with a $100,000 cash deposit and two third-party affidavits of surety without justification, neither of which would be Mr. Sadleir's wife. *Id.*

2. At the same time he made his initial appearance in this matter, Mr. Sadleir made his local initial appearance in connection with a Complaint originating out of the Southern District of New York. *See United States v. Sadleir*, 20-MJ-2342, Dkt. 4 (the "SDNY Matter"). Judge MacKinnon set bail on the same terms and conditions in that matter. *Id.*

3. Since that time, Mr. Sadleir made his initial appearance in the Southern District of New York for the SDNY Matter on June 16, 2020. The court there issued a new bond, on, relevantly, financial conditions that require Mr. Sadleir to submit affidavits of surety without justification from four individuals in the amount of $5,000,000 by July 9, 2020.

4. In the interests of efficiency and consistency, Mr. Sadleir requests that the financial conditions of release in this matter be conformed to the SDNY Matter. All other conditions of release will remain in effect.

//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED: June 18, 2020          By  /s/ Adam Olin
                                  ADAM OLIN
                                  Deputy Federal Public Defender
                                  Attorney for William Sadleir


                                  NICOLA T. HANNA
                                  United States Attorney

                                  ROBERT ZINK
                                  Chief, Fraud Section
                                  U.S. Department of Justice

DATED: June 18, 2020          By  /s/ Alexander C.K. Wyman*
                                  ALEXANDER C.K. WYMAN
                                  Assistant United States Attorney
                                  AMANDA R. VAUGHN
                                  Trial Attorney

                                  *(*by E-mail Authorization)*

3