AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
(E-mail: Amy_Karlin@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-1462
Facsimile:  (213) 894-0081

Attorneys for Defendant
WILLIAM SADLEIR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-MJ-2326 |
| Plaintiff, | **[PROPOSED] ORDER MODIFYING CONDITIONS OF BOND** |
| v. | |
| WILLIAM SADLEIR, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the financial component of the bond previously issued in this matter be replaced as follows: defendant must post four affidavits of surety without justification in the total amount of $5,000,000 by July 9, 2020.  All other conditions of the bond previously issued shall remain in effect.

Dated: June  __, 2020     By:_____

                                             HONORABLE
                                             United States Magistrate Judge