CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
WILLIAM SADLEIR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM SADLEIR,<br><br>Defendant. | Case No. 20-CR-299-DMG; 20-MJ-2326-DUTY<br><br>**DEFENDANT WILLIAM SADLEIR'S WAIVER OF ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 10(b)**<br><br>Hearing Date: July 23, 2020<br>Hearing Time: 11:30 a.m.<br><br>[Proposed Order Concurrently Filed] |

    Defendant WILLIAM SADLEIR, by and through his counsel of record, Deputy Federal Public Defender Adam Olin, hereby files this waiver of arraignment pursuant to Federal Rule of Criminal Procedure 10(b).

    By his signature below, defense counsel certifies that defendant has received a copy of the indictment filed in this case on July 17, 2020; that defendant knows and understands the accusations against him; and, that defendant is aware he is entitled to be arraigned in open court. Defense counsel further certifies that defendant waives his right to be present in open court for arraignment, the right to a reading of the indictment or the

stating of the substance of the charge in open court, and that defendant enters a plea of Not Guilty.

Prior to filing, defense counsel provided the government a copy of this notice. Defense counsel certifies that the government does not object to defendant's waiver.

Defendant respectfully requests that the Court accept this waiver, issue the concurrently filed proposed order, and take the post-indictment arraignment hearing, currently set for July 23, 2020, off calendar.

Respectfully submitted,
CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:                    By  */s/ Adam Olin*
ADAM OLIN
Deputy Federal Public Defender
Attorney for WILLIAM SADLEIR

2