UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>WILLIAM SADLEIR,<br><br>            Defendant. | No. CR 20-299-DMG<br><br>ORDER (1) AUTHORIZING DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION AND (2) PROTECTIVE ORDER [63] |

    Having considered the government's Ex Parte Application for Order Authorizing Disclosure of Tax Return and Return Information and for Protective Order regarding the disclosure of tax returns and return information in discovery in this matter, and good cause appearing therefor, the Court hereby ORDERS as follows:

    1.   The government may, consistent with its discovery obligations, produce to counsel for defendant WILLIAM SADLEIR copies of tax returns and return information obtained by the United States Attorney's Office for the Central District of California ("USAO") during the course of the investigation leading to the Indictment in this matter and currently in the USAO's possession ("Protected Tax Information").

2.  The government shall identify the Protected Tax Information in discovery by using the following designation on the documents, on a diskette cover, or in an accompanying cover letter: "PROTECTED TAX INFORMATION - SUBJECT TO PROTECTIVE ORDER."

3.  Defendant and his counsel shall not disclose the Protected Tax Information to any other persons, except as necessary in preparation of the defense, without prior authorization from the Court.

4.  The government and the defense may disclose the Protected Tax Information in any court proceeding or trial in the above-captioned case.

5.  At the conclusion of the case, including all proceedings in the trial and/or appellate courts, defense counsel shall either return all copies of the Protected Tax Information to the USAO, destroy or cause to be destroyed all copies of the Protected Tax Information and certify the destruction thereof to the USAO, or certify that such materials are being kept pursuant to the Business and Professions Code and the Rules of Professional Conduct.

IT IS SO ORDERED.

September 16, 2020
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE