UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM SADLEIR,<br><br>    Defendant. | No. CR 20-299-DMG<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [65]<br><br>**JURY TRIAL DATE:**<br>July 13, 2021 at 8:30 a.m.<br><br>**PRETRIAL CONFERENCE DATE:**<br>June 30, 2021 at 2:30 p.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 20, 2020.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from December 15, 2020 to **July 13, 2021 at 8:30 a.m.,** and the pretrial conference is continued from December 2, 2020 to **June 30, 2021 at 2:30 p.m.**

2.   The time period from December 15, 2020 to July 13, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3.   Defendant shall appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 30,

2021 at 2:30 p.m. for a pretrial conference, and on July 13, 2021 at 8:30 a.m. for trial.

4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

5.   **Defendant shall file a signed waiver of his Speedy Trial Acts rights within 21 days of this Order.**

IT IS SO ORDERED.

November 23, 2020
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE