CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
WILLIAM SADLEIR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM SADLEIR, <br><br> Defendant. | Case No. 19-CR-20-299-DMG <br><br> **NOTICE OF LODGING OF DECLARATION** |

Per the Court's Order dated November 23, 2020, Dkt. 66, Defendant William Sadleir hereby lodges the attached signed declaration waiving his Speedy Trial Act rights as set forth in the parties' stipulation, Dkt. 65.

                    Respectfully submitted,

                    CUAUHTEMOC ORTEGA
                    Federal Public Defender

DATED: December 4, 2020    By */s/ Adam Olin*
                                         ADAM OLIN
                                         Deputy Federal Public Defender

## DECLARATION OF WILLIAM K. SADLEIR

I, William K. Sadleir, declare:

Prior to its filing, I read and discussed with my attorney the stipulation filed as Docket No. 65. I understand my Speedy Trial rights. I voluntarily agreed to the continuance of the trial date, and give up my right to be brought to trial earlier than July 13, 2021. I understand that I have been ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 30, 2021, at 2:30 p.m. for a pretrial conference and on July 13, 2021 at 8:30 a.m. for trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4. 2020, at Beverly Hills, California.

*[signature]*
WILLIAM K. SADLEIR

1