

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:     Chief Deputy/Fiscal

**Re:     Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:   __2:20–cr–00299–DMG__
Defendant's Name:   __William Sadleir__

The above–named defendant was ordered to self–surrender to begin serving their sentence of imprisonment on __2/6/2023__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :  __2/8/2023__, it was verified the defendant:**

__is located at Lompoc USP, according to the BOP inmate locator__.

**Verified via e–mail with the following:**

U.S. Marshal:   __Cellblock email__   *(Name of Officer)*

 __February 8, 2023__                         By _____/s/ *Grace Kami*_____
          Date                                                    Deputy Clerk

CR–86 (11/08)                           VERIFICATION OF SURRENDER